UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                        Case No.  5:98-cr-19-Oc-10GRJ

MINNIE LOU VANCLEVE
_____/

**O R D E R**

The Defendant, Minnie Lou VanCleve, was convicted and sentenced in this case for the production of child pornography in June 1999 (Doc. 147).  An appeal was taken and the judgment was affirmed on November 13, 2000 (Doc. 172).  The Defendant then filed, on February 20, 2001, a motion to vacate under 28 U.S.C. § 2255 (Doc. 173), which was subsequently denied with prejudice (Doc. 174 and 175).  On February 14, 2005, the Court also denied Defendant's Motion for Downward Departure (Doc. 185),[1] which the Defendant has appealed (Doc. 187).

This case is presently before the Court for consideration of the Defendant's Motion to Appeal In Forma Pauperis (Doc. 192).  The Defendant's motion does not meet the requirements of Rule 24, Rules of Appellate Procedure, because the motion is not signed by the Defendant, does not include a prisoner's account statement, and does not state the issues which the Defendant intends to appeal.  Accordingly, upon due consideration, the Defendant's motion is DENIED.

---

[1] The Defendant sought a reduction in her sentence due to her "extraordinary post-offense rehabilitative efforts."

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 19th day of April, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
　　　　　　 Maurya McSheehy, Courtroom Deputy
　　　　　　 Minnie Lou Vancleve